No. 80–6843. HIGH *v.* GEORGIA. Sup. Ct. Ga.;

No. 81–5628. ROACH *v.* SOUTH CAROLINA ET AL. Sup. Ct. S. C.;

No. 81–5687. COPPOLA *v.* WARDEN, VIRGINIA STATE PENITENTIARY. Sup. Ct. Va.;

No. 81–5749. MORGAN *v.* MONTGOMERY, WARDEN, GEORGIA STATE PRISON. Sup. Ct. Ga.; and

No. 81–5801. WALLACE *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied. Reported below: No. 80–6843, 247 Ga. 289, 276 S. E. 2d 5; No. 81–5687, 222 Va. 369, 282 S. E. 2d 10; No. 81–5801, 248 Ga. 255, 282 S. E. 2d 325.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 81–347. MICHIGAN *v.* DUGAN. Ct. App. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–1067. SMITH'S MOVING & TRUCKING CO. ET AL. *v.* SVENDSEN. Ct. App. N. Y. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–1131. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* SELLERS. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 81–811. AMERICAN BRIDGE DIVISION, UNITED STATES STEEL CORP. *v.* ALFORD ET AL. C. A. 5th Cir. Motion of Kaiser Aluminum & Chemical Sales, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.